UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRED CHISOM, ) | |
| ) | |
| Petitioner, ) | CASE NO. C06-260-JLR-MJB |
| ) | |
| v. ) | |
| ) | |
| STATE OF WASHINGTON, ) | ORDER OF TRANSFER |
| ) | |
| Respondent. ) | |
| _____) | |

Petitioner is a state prisoner who is currently incarcerated at the Washington Corrections Center in Shelton, Washington. He has submitted to this Court for review a petition for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner identifies a 2000 conviction in King County Superior Court as the conviction under attack in the instant petition.

A review of this Court's records reveals that petitioner has filed at least three previous federal habeas petitions challenging the same 2000 King County Superior Court conviction. (*See* C02-2048TSZ, C04-2261JCC, and C05-1133RSM.) The first of those petitions was denied on the merits and dismissed by the Court in April 2003. (*See* C02-2048TSZ.) The two remaining petitions were deemed successive and were transferred to the Ninth Circuit Court of Appeals. (*See* C04-2261JCC, and C05-1133RSM.)

ORDER OF TRANSFER
PAGE - 1

1  Because petitioner has filed at least three previous federal habeas petitions challenging the
2  same conviction which he seeks to challenge in the instant petition, including one which was
3  denied on the merits, the instant petition must be deemed successive.  As petitioner has previously
4  been advised, this Court is without jurisdiction to consider a successive petition or motion until
5  the Ninth Circuit Court of Appeals has authorized its filing.  28 U.S.C. § 2244(b)(3)(A).
6  Accordingly, this case is hereby TRANSFERRED to the Ninth Circuit Court of Appeals, in the
7  interests of justice, pursuant to 28 U.S.C. § 1631.
8  The Clerk is directed to close this case and to transfer all original documents to the Ninth
9  Circuit Court of Appeals.  The Clerk shall, however, retain a copy of the motion and of this Order
10  in the file.  The Clerk is further directed to send a copy of this Order to petitioner and to the
11  Honorable Monica J. Benton.

DATED this 20th day of April, 2006.

JAMES L. ROBART
United States District Judge

Recommended for Entry this
20th day of April, 2006.

 /s/Monica J. Benton
MONICA J. BENTON
United States Magistrate Judge

ORDER OF TRANSFER
PAGE - 2